

# IN THE
# TENTH COURT OF APPEALS

_____

### No. 10-12-00375-CR

**MOATH NAIM AL-ADLI,**

                                                            **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                            **Appellee**

_____

### From the County Court at Law No. 1
### Brazos County, Texas
### Trial Court No. 10-01509-CRM-CCL1

## MEMORANDUM  OPINION

Appellant, Moath Naim Al-Adli, appealed his conviction for the misdemeanor offense of making abusive calls to "9-1-1 service."  *See* TEX. PENAL CODE ANN. § 42.061(b)(2), (d) (West 2011).  On November 13, 2012, appellant's counsel filed a motion to dismiss the appeal, wherein he stated that he "has conferred with Appellant . . . and client has agreed to and is requesting to withdraw this appeal."  However, this first motion to dismiss was not signed by appellant; as such, we dismissed the motion without prejudice.  *See* TEX. R. APP. P. 42.2(a).

On January 30, 2013, appellant's counsel filed a second motion to dismiss this appeal. This motion was signed by appellant and his counsel and indicated that appellant "is requesting to withdraw this appeal."

Appellant's motion to dismiss is granted, and this appeal is hereby dismissed.[1]

*See id.*

AL SCOGGINS
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Motion to dismiss granted; appeal dismissed
Opinion delivered and filed February 7, 2013
Do not publish
[CR25]

---

[1] All other pending motions are dismissed as moot.